UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

OUYEINC LTD.

                              Plaintiff,

v.

                              Case No.: 1:22−cv−05187

                              Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 16, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The court has taken the motion for preliminary injunction [20] under advisement and will consider the motion unopposed if no defendant appears and objects by 11/28/2022. Plaintiff shall serve defendants with this notice. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.