UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ouyeinc Ltd., | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 1:22-cv-05187 |
| v. | )<br>) |
| | ) Dist. Judge Martha M. Pacold |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | )<br>)<br>) Mag. Judge Maria Valdez |
| | ) |
| Defendants. | ) |

### Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ouyeinc Ltd. ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant(s):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 180 | Billbianc |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this November 28, 2022

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com

*Counsel for Plaintiff Ouyeinc Ltd.*