United States District Court
For The Northern District Of Illinois
Eastern Division

FILED
KG
01/27/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OUYEINC LTD.

Case No. 1:22 CV 05187

-against-

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

.

# DECLARATION

Response to the Honorable Martha M. Pacold's request for a statement on the docket confirming or denying whether buy_great_deals is an independant legal entity.

> Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Michael L Cake, declare under penalty of perjury that the following facts are true and correct:

> In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Per the courts request to confirm or deny the legal status of "buy_great_deals", a named defendent in the above listed complaint, respectfully please accept the following answer/response. "Buy_great_deals" is owned and operated by/under a Wyoming registered LLC.

(Continued on next page...)

In light of the court informing Michael L Cake / 'buy_great_deals" of its inability to represent itself Pro Se, due to its independent legal entity status, I/we would like to respectfully make the following request to the court. I/we are requesting the court allow 45 days in which time I/we will explore seeking legal representation.

Attach additional pages and documents if necessary.

| | |
|---|---|
| 1/30/2023 | /s/ Michael L Cake |
| Executed on (date) | Signature |
| Michael L Cake | n/a |
| Name | Prison Identification # (if incarcerated) |
| 30 N Gould Street, Ste R | Sheridan    WY    82801 |
| Address | City    State    Zip Code |
| (567) 309-0162 | ddttradingllc1@gmail.com |
| Telephone Number (if available) | E-mail Address (if available) |