**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ouyeinc Ltd., | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-05187 |
| | ) | |
| v. | ) | Dist. Judge Martha M. Pacold |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Maria Valdez |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

### Plaintiff's Motion for Entry of Default and Default Judgment

Plaintiff Dan Wang, by and through his counsel, hereby moves this Court to enter Default and Default Judgment against the Defendants identified in Exhibit A to the accompanying memorandum which Plaintiff submits in support hereof.

Dated: June 2, 2023

Respectfully submitted,

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Wong LLP
4245 North Knox Avenue
Chicago, Illinois 60641
(312) 809-8022
ilya@zlatkinwong.com

*Counsel for Plaintiff Ouyeinc Ltd.*