IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ouyeinc Ltd., | ) | |
|         Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-05187 |
| | ) | |
|     v. | ) | Dist. Judge Martha M. Pacold |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Maria Valdez |
| Identified in Schedule "A," | ) | |
|         Defendants. | ) | |

**Plaintiff's Amended Motion for Entry of Default and Default Judgment**

Plaintiff Ouyeinc Ltd., by and through its counsel, hereby moves this Court to enter Default and Default Judgment against the Defendants identified in Exhibit A to the accompanying memorandum, which Plaintiff submits in support hereof.

Dated: June 14, 2023

                                                                        Respectfully submitted,

                                                                         /s/ Ilya G. Zlatkin
                                                                         Ilya G. Zlatkin
                                                                          Zlatkin Wong LLP
                                                                          4245 North Knox Avenue
                                                                          Chicago, Illinois 60641
                                                                          (312) 809-8022
                                                                          ilya@zlatkinwong.com

                                                                          *Counsel for Plaintiff Ouyeinc Ltd.*