**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| OUYEINC LTD, | ) | |
| | ) | Case No: 1: 22-cv-5187 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) | Hon. Jeremy C. Daniel |
| | ) | |
| | ) | |
| Defendants. | | |

**DEFENDANT pavpei@yahoo.com's MOTION TO COMPEL**

NOW COMES Defendant, pavpei@yahoo.com, ("Defendant") through counsel, and respectfully requests the Court compel Plaintiff to inform third-party PayPal that due to the settlement between the parties, all restraints imposed through this litigation should be released, and states as follows:

1. Plaintiff filed its Complaint on September 23, 2022, alleging that Defendant infringed Plaintiff's patent rights. Doc. 1.

2. On October 3, 2022, Plaintiff filed a motion for temporary restraining order. Doc. 7.

3. On October 14, 2023, the Court granted a temporary restraining order. Doc. 15.

4. Plaintiff filed a Motion for Preliminary Injunction and the Court granted it on June 13, 2023. Doc. 73.

5. A week later, on June 20, 2023, the Defendant, represented by the undersigned counsel, settled with the Plaintiff, and all terms of the settlement have been met.

1

6. Given the settlement between the parties, the undersigned counsel has contacted counsel for the Plaintiff on multiple occasions, and requested they instruct PayPal to release this store as the parties had settled.

7. As of this filing, PayPal has still not released the account.

WHEREFORE, pavpei@yahoo.com requests the Court order that Plaintiff instruct PayPal that, given the settlement, the restraints on the Defendant's account be lifted.

December 14, 2023                    Respectfully submitted,

                                        s/ Christopher Keleher

                                        Christopher Keleher
                                        The Keleher Appellate Law Group
                                        1 East Erie Street
                                        Suite 525
                                        Chicago, IL 60611
                                        312-448-8491
                                        ckeleher@appellatelawgroup.com

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 14, 2023, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com