**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Ouyeinc Ltd., | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:22-cv-05187 |
| | ) | |
| v. | ) | Dist. Judge Jeremy C. Daniel |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Maria Valdez |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

**Notice of Non-Opposition of Defendant pavpei@yahoo.com's Motion to Compel [Dkt. 82]**

Plaintiff Ouyeinc Ltd., by and through its counsel, hereby files this notice to inform the Court that Plaintiff does not oppose Defendant pavpei@yahoo.com's Motion to Compel [Dkt. 82].

Dated: December 15, 2023

Respectfully submitted,

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 North Knox Avenue
Chicago, Illinois 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintiff Ouyeinc Ltd.*