**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 1:22-cv-05187 <br><br> Judge Jeremy C. Daniel |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Ouyeinc Ltd. ("Plaintiff") and Defendants Joybuy (No. 186) and Joybuy Express (No. 187) (collectively, "Joybuy Defendants") hereby stipulate and agree to dismiss all claims pending against each other in the instant case with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

All motions filed by the Joybuy Defendants that have not been adjudicated as of the date hereof are deemed moot, and the Joybuy Defendants agree to withdraw all such pending motions.

Furthermore, the Parties agree to dissolve any and all orders, restraints, and injunctions entered in this litigation relating to the Joybuy Defendants, including, without limitation, all orders, restraints, injunctions, and default judgments relating to the Joybuy Defendants' account(s) on the Walmart.com platform. The Joybuy Defendants do not concede that any asset restraints were properly entered against the Joybuy Defendants.

Dated: December 21, 2023                Respectfully submitted,

*/s/ Ilya G. Zlatkin*                        */s/ Wallace H. Feng*
Ilya G. Zlatkin                                 David M. Airan
ZLATKIN CANN ENTERTAINMENT           Nicole E. Kopinski
4245 North Knox Avenue                Wallace H. Feng
Chicago, Illinois 60641                  LEYDIG, VOIT & MAYER, LTD.
Telephone: (312) 809-8022             Two Prudential Plaza, Suite 4900
ilya@zce.law                               180 North Stetson Avenue
                                           Chicago, IL 60601
*Attorney for Plaintiff,*                  Telephone: (312) 616-5600
*Ouyeinc Ltd.*                               Facsimile: (312) 616-5700
                                           dairan@leydig.com
                                           nkopinski@leydig.com
                                           wfeng@leydig.com

                                           *Attorneys for Defendants,*
                                           *Joybuy and Joybuy Express*