IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Civil Action No. 1:22-cv-5187<br><br><br>The Honorable Jeremy C. Daniel |

### ORDER ON UNOPPOSED MOTION BY DEFENDANT PAVPEI@YAHOO.COM'S MOTION TO COMPEL

COMES NOW before this Court, Defendant identified on Schedule "A" as pavpei@yahoo.com ("Defendant") by and through its counsel, and moves to compel Plaintiff to inform third-party PayPal that due to the settlement between the parties, all restraints imposed through this litigation should be released. The Plaintiff does not oppose Defendant's request. Having read Defendant's unopposed motion, and good cause shown,

This Court GRANTS Defendant's motion to compel, and orders that PayPal release the Defendant's store and that all restraints on Defendant's PayPal account as a result of orders entered in this case be removed as the parties have settled this litigation.

Dated: January 3, 2024

                                                                JEREMY C. DANIEL
                                                                 United States District Court