Case: 1:22-cv-05187 Document #: 94 Filed: 04/17/25 Page 1 of 1 PageID #:4133

**FILED**
4/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michelle Padilla
2331 Lessley Ave
Castro Valley, CA 94546
MTPadilla92@gmail.com
510-461-4062
04-02-2025

Honorable Judge Jeremy C. Daniel
United States District Court Northern District of Illinois
219 S. Dearborn St
Chicago, IL 60604

**RE: Request for Dismissal of Judgment – Case No. 1:22-cv-05187**

Dear Judge Daniel,

I respectfully submit this letter to request the dismissal of the judgment entered against me in the above-referenced case. The judgment alleges that I sold a protected item on my eBay account, which ultimately led to the closure of my account without prior notice. I wish to clarify my position and highlight certain factors that may warrant reconsideration of this matter.

**Background of the Situation;**
I previously operated an eBay account where I conducted sales in good faith, adhering to the platform's policies to the best of my knowledge. However, I was never notified by eBay or any other party that the item in question was restricted or that my actions were in violation of any law or policy. Instead, my eBay account was abruptly closed without any prior warning or an opportunity to address the matter.

**Lack of Proper Notification & Due Process;**
To my knowledge, I was never formally notified by eBay, the plaintiff, or any relevant authority regarding this issue before the judgment was entered. The sudden closure of my account prevented me from accessing important records and responding appropriately to any claims against me. This lack of due process has significantly impacted my ability to defend myself.

**Good Faith & Lack of Intent;**
At no point did I knowingly or intentionally engage in the sale of prohibited items. If I had been informed that a particular item was restricted, I would have immediately taken corrective action to remove it from my listings. The absence of clear communication from eBay or the claimant deprived me of the opportunity to rectify any alleged mistake.