BC

FILED
4/17/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

)
)
)                **Case Number**:
Plaintiff    )
)                **Judge:**
v.           )
)                **Magistrate Judge:**
)
Defendant )

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]