# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

OUYEINC LTD.

                              Plaintiff,

v.

Case No.: 1:22−cv−05187

Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Request for dismissal of judgment [94] is entered and briefed as follows: response is due on or before 5/6/2025; any reply is due on or before 5/13/2025. Status hearing set for 6/3/2025 at 9:30 a.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.