**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ouyeinc Ltd., | ) |
|                               Plaintiff, | ) Case No. 1:22-cv-05187 |
| v. | ) Dist. Judge Jeremy C. Daniel |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
|                              Defendants. | ) |

### Declaration of Ilya G. Zlatkin

I, Ilya G. Zlatkin, of the County of Lake, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am the attorney of record for Plaintiff Ouyeinc, Ltd. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Pursuant to the Court's minute entry order dated November 16, 2022 ("PI Minute Order") [Dkt. 21], I served a copy of the PI Minute Order on Defendant 107 (itsyours4keeps) (upon information and belief, operated by Ms. Michelle Padilla) in this case ("Defaulting Defendant"). Specifically, first, on the same day as the issuance of the PI Minute Order, I published the Minute Order on a webpage dedicated to this case, which can be accessed at the following URL: https://zce.law/ndil-22-cv-5187/ (formerly, https://zlatkinwong.com/ndil-22-cv-5187/) ("Case Webpage"). A true and correct screenshot of the Case Webpage as of the date of this Declaration is attached hereto as **Exhibit 1**.

3. After publication of the Minute Order at the Case Webpage, I proceeded to cause the emailing of a notice to the email address for Defaulting Defendant received from third-party platforms pursuant to the temporary restraining order ("TRO") [Dkt. 15] issued by the Court, ordering, *inter alia*, expedited discovery. In the email, I attached a copy of the PI Minute Order (along with copies of the complaint, summons, and motion for preliminary injunction) and also provided a link to the Case Webpage. A true and correct copy of the correspondence sent to Defaulting Defendant relating to the PI Minute Order is attached hereto as **Exhibit 2**. (I have redacted the exhibit to remove the email addresses of all recipients other than the Defaulting Defendant.)

4. Pursuant to the Court's minute entry order dated June 16, 2023 ("DJ Minute Order") [Dkt. 78], I served a copy of the DJ Minute Order on Defaulting Defendant. Specifically, first, on the same day as the issuance of the DJ Minute Order, I published the Minute Order on the Case Webpage.

5. After publication of the DJ Minute Order at the Case Webpage, I proceeded to cause the emailing of a notice to the email address for Defaulting Defendant received from third-party platforms pursuant to the TRO. In the email, I attached a copy of the DJ Minute Order (along with copies of the motion for entry of default and default judgment) and also provided a link to the Case Webpage. A true and correct copy of the correspondence sent to Defaulting Defendant relating to the DJ Minute Order is attached hereto as **Exhibit 3**. (I have redacted the exhibit to remove the email addresses of all recipients other than the Defaulting Defendant.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 6, 2025

<u>/s/ Ilya G. Zlatkin</u>
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Phone: (312) 809-8022

*Attorney for Plaintiff*
