# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: OUYEINC LTD. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Case Number: 1:22-cv-05187

An appearance is hereby filed by the undersigned as attorney for: No. 98 Garnisells (Ara Dermarderosian)

Attorney name (type or print): Ana Juneja

Firm: Wire Law LLC

Street address: 1300 Pennsylvania Ave NW Suite 700

City/State/Zip: Washington DC 20004

Bar ID Number: 6328527
(See item 3 in instructions)

Telephone Number: 202-266-7100

Email Address: docket@wire.law

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | x | |
| Are you a member of the court's general bar? | x | |
| Are you a member of the court's trial bar? | | x |
| Are you appearing *pro hac vice*? | | x |
| If this case reaches trial, will you act as the trial attorney? | x | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2025

Attorney signature: S/ Ana Juneja
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023