**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cv-05187 |
| ) | |
| v. ) | Hon. J. Jeremy C. Daniel |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED IN SCHEDULE "A," ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ARA DERMADEROSIAN

I, Ara Dermarderosian, declare under penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. I submit this declaration in support of my Motion to Set Aside Default and Motion for Sanctions in the above-captioned case.

2. I reside in San Fernando, California and operate my resale business out of Glendale California. I am a United States citizen, and I am not affiliated with any foreign business or organization, nor do I maintain foreign bank accounts.

3. I operate an eBay storefront under the name "Garnisells." I am the sole individual responsible for managing the store and fulfilling all orders.

4. The item that was the subject of this lawsuit was legally acquired through a domestic auction based in the United States on April 25, 2020 from the General Auction Company in Buena Park, California by my business partner Ara Thomas. A copy of the invoice for my purchase of 2 Boxes of Pro Wax Warmers is attached hereto. I have never knowingly

sold counterfeit goods, and I believe the item in question was genuine and lawfully resold under the First Sale Doctrine.

5. I was never served with a summons or complaint in this lawsuit. I did not receive any email communications from Plaintiff or its attorneys in connection with this action.

6. I first learned of this lawsuit in late April 2025 when I discovered that funds from my eBay and PayPal accounts had been frozen.

7. The restraint on my account has interfered with my ability to operate my online business and access earned funds. The restraint came as a surprise to me, and I had no prior knowledge of this litigation.

8. In total $1,758.27 was taken from me by the Plaintiff.

9. At no time before or after the entry of the restraining order did Plaintiff or its attorneys contact me or attempt to verify whether I was a foreign entity or part of a counterfeiting operation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11 day of June, 2025, in San Fernando, California.

*Ara Dermarderosian*

Ara Dermaderosian



Audit trail

| | |
|---|---|
| Title | Please Sign - Dermaderosian_Affidavit |
| File name | Dermaderosian_Affidavit.pdf |
| Document ID | f30dd331c9f870cbd8cdb323e0d4187eeecd07af |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**     **06 / 11 / 2025**     Sent for signature to Ara Dermarderosian (garniara@gmail.com) from docket@wire.law
19:22:51 UTC     IP: 49.144.46.28

**VIEWED**     **06 / 11 / 2025**     Viewed by Ara Dermarderosian (garniara@gmail.com)
19:48:44 UTC     IP: 47.154.251.128

**SIGNED**     **06 / 11 / 2025**     Signed by Ara Dermarderosian (garniara@gmail.com)
20:18:48 UTC     IP: 47.154.251.128

**COMPLETED**     **06 / 11 / 2025**     The document has been completed.
20:18:48 UTC

Powered by Dropbox Sign



# GENERAL AUCTION COMPANY

7015 Knott Ave.
Buena Park, CA 90620
tel: (714)670-8510   fax: (714)670-0411
www.generalauction.com

## Invoice 34893

| | |
|---|---|
| Invoice Date: | 4/25/20 |
| Auction Date: | 4/24/20 |
| Page: | 1 |

**Bidder No:** L3819

Ara Thomas
635 E Orange Grove Ave
Burbank, CA 91501
Dealer Number:   Expires:
Resale Number:

Home
FAX
Work
Mobile 8184396663

| lot no. | description | price | premium | sales Tax | extended |
|---|---|---|---|---|---|
| M085 | PALLET OF ACCUPOINT FOAM ROLLERS & EPE MINI ROLLERS. (10) BOXES APPROXIMATELY 100 UNITS. | $20.00<br>Lot Fee | $3.00 | $3.33 | $46.33<br>$20.00 |
| M113 | 2 BOXES OF MINI HAIR DRYERS & PRO WAX WARMERS. | $35.00<br>Lot Fee | $5.25 | $4.67 | $64.92<br>$20.00 |
| M117 | 2 BOXES OF GAMZOO DOLL SET. | $30.00<br>Lot Fee | $4.50 | $4.23 | $58.73<br>$20.00 |
| M177 | 1 UNIVEX MEAT SLICER. | $130.00<br>Lot Fee | $19.50 | $13.14 | $182.64<br>$20.00 |
| M189 | PALLET OF RESPIRONICS BIPAP VISION VENTILATORY SUPPORT SYSTEMS | $2,600.00<br>Lot Fee | $390.00 | $233.28 | $3,243.28<br>$20.00 |

printed 4/25/2020 10:22:21 AM by Monica