IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cv-05187 |
| ) | |
| v. ) | Hon. J. Jeremy C. Daniel |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED IN SCHEDULE "A," ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF BENJAMIN LOCKYER—Exhibit 2**

**Evidence of Infringement Provided by Plaintiff**

98      garnisells



Hi John! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categori... | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Shaving & Hair Removal > Waxing Supplies | Add to Watchlist

$ Have one to sell? Sell now

# Pro-Wax 100 Professional Wax Warmer Hair Remover Beauty Salon Style New In Box

Condition: New

Quantity: 1 8 available / 4 sold

Price: **US $26.00**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

**Ships from United States**

Shipping: **$5.00** Standard Shipping | See details
Item location: Glendale, California, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between **Thu. Jan. 21** and **Mon. Jan. 25** to 60642

Financing: PayPal CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
garnisells (400 ★)
98.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2


Professional Wax Warmer Heater Hair Removal Depilator...
$18.89
Free shipping
New


US Electric Hair Removal Spa Beauty Tool Kit Wax Bean Hot...
$25.64
$26.99
Free shipping
Almost gone


Hair Removal Hot Wax Electric Warmer Waxing Kit + 400g Har...
$24.99
Free shipping
New


Wax Heater Warmer Machine Salon Hair Removal Kit...
$32.99
Free shipping
Seller 100% positive


Portable Electric Hot Wax Warmer Machine - Hair Remov...
$16.99
Free shipping
Seller 99.8% positive


Hot Wax Warmer Electric Wax Pot Heater Machine Body Hair...
$19.99
$22.99
Free shipping
New

Feedback on our suggestions

## Related sponsored items 1/2


Professional Wax Warmer Heater Hair Removal Depilator...
$19.99
Free shipping

Electric Wax Warmer Full Body Hair Removal Depilatory w / Wa...
$22.99
Free shipping


Vena Beauty Professional Wax Warmer Hair Remover With Wa...
$26.24
$34.99
Free shipping


Professional Wax Warmer Heater Hair Removal Depilator...
$16.99
Free shipping
Popular


Pro Wax warmer Machine Pot Hot single Heater Depilatory...
$24.99
Free shipping
Popular

Pro Hair Removal Wax Kit Wax Warmer Heater & 4 Bags Bean...
$25.99
Free shipping

Feedback on our suggestions

1/14/2021 Pro-Wax 100 Professional Wax Warmer Hair Remover Beauty Salon Style New In Box | eBay

| | | | | |
|---|---|---|---|---|
| **Description** | **Shipping and payments** | | | eBay item number: **324155445372** |

Seller assumes all responsibility for this listing.

Last updated on Jun 12, 2020 00:05:30 PDT  View all revisions

### Item specifics

| | | | | |
|---|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more | | Voltage: | 110V (US PLUG) |
| MPN: | Does Not Apply | | Item: | Wax Heater - Break Resistance |
| Brand: | Pro Wax 100 | | UPC: | Does not apply |
| Material: | Plastic, Steel | | Type: | Hot Wax Warmer |
| Capacity: | 500 ML (Approx.) | | | |

New: A brand-new, unused, unopened, undamaged item

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | Return to top

More to explore : Wax Cartridge Warmer Professional Waxing Warmers, Professional Waxing Warmers, Hard Wax Professional Waxing Warmers, Hair Removal Wax, Professional Wax Warmer, Waxing Supplies for Hair Removal, Hair Styling Wax, Ear Wax Removal Kit Ear Wax Removers, GiGi Waxing Supplies for Hair Removal, Wax Hair Styling for Mustache

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED



# ebay Checkout

How do you like our checkout? Tell us what you think

To add more items, go to cart.

Did you notice? eBay now offers new ways to pay at some checkouts. Learn more

## Pay with

- Add a credit or debit card
- PayPal
- PayPal CREDIT
  Special financing available.
  Apply now. See terms

| | |
|---|---|
| Subtotal (1 item) | $26.00 |
| Shipping | $5.00 |
| Tax* | $3.18 |
| **Order total** | **$34.18** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

## Ship to

John Kim
1542 N Bosworth Ave
Chicago, IL 60642-2485
United States
(312)xxxxx22
Change

## Review item and shipping

Seller: garnisells | Message to seller

Pro-Wax 100 Professional Wax Warmer Hair Remover Beauty Salon Style New In Box

**$26.00**

Quantity 1

**Delivery**
Est. delivery: Jan 21 – Jan 25
FedEx Ground or FedEx Home Delivery
**$5.00**

## Gift cards, coupons, eBay Bucks

**Donate to charity (optional)** ⓘ
Save The Children
Help the world's most vulnerable children grow up healthy, educated and safe.

Select amount

None  ˅

Enter code:

Apply

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED