# Exhibit 2

| | |
|---|---|
| **From:** | Zlatkin Wong LLP Enforcement Team |
| **Sent:** | 11/19/2022 4:23:57 PM |
| **To:** | Zlatkin Wong LLP Enforcement Team |
| **Bcc:** | ■■■■■■■■■■■■■■■■■■■■■■■■ |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■
■■■■■■■ garniara@gmail.com; ■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■

**Subject:** Summons and Motion for Preliminary Injunction - NDIL Case No. 22-cv-5187
**Attachments:** 2022-11-18 Summons (Signed and Issued) - 22cv5187.pdf, 2022-09-23 Combined Complaint - 22-cv-5187.pdf, 2022-11-16 Dkt 21 Minute Entry re Pending Preliminary Injunction Order - 22cv5187.pdf

Hello,

The U.S. District Court for the Northern District of Illinois has issued the attached summons in the case *Ouyeinc Ltd. v. The Partnerships and Unincorporated Associations Identified in Schedule "A,"* Case No. 22-cv-05187.

Attached you will find a copy of the summons, along with a copy of the complaint and all accompanying exhibits. These documents, along with other relevant court documents, have been published and will continue to be published at the following website: https://zlatkinwong.com/en/ndil-22-cv-5187/

In addition, the court has taken plaintiff's pending motion for entry of a preliminary injunction under advisement. Defendants have until November 28 to oppose plaintiff's motion for entry of a preliminary injunction. The court's minute entry relating to this dynamic is attached here as well.

If you have previously corresponded with us relating to this case, we will continue that correspondence in the separate email thread(s).

**If an attorney has contacted us on your behalf relating to this matter, your attorney has also been blind-copied on this email.**

Best regards,
Zlatkin Wong LLP
Attorneys for Plaintiff Ouyeinc Ltd.