# EXHIBIT 1

 



(312) 809-6989

**Home**  **Services ▾**  **Team**  **Blog**  **Testimonials**  **Contact**

# Ouyeinc Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Below you will find relevant pleadings and Orders filed and entered in the case *Ouyeinc Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, Case No. 1:22-cv-05187 pending before the United States District Court for the Northern District of Illinois.

Questions concerning the case may be directed to **enforcement@zlatkinwong.com**.

1. Complaint
2. Temporary Restraining Order (TRO)
3. Order Extending TRO
4. Motion for Entry of Preliminary Injunction
5. Memorandum in Support of Motion for Entry of Preliminary Injunction
6. Declaration in Support of Motion for Entry of Preliminary Injunction
7. Court's Minute Entry Taking Motion for Entry of Preliminary Injunction Under Advisement
8. Summons Returned Executed (Amazon, eBay, Joom, Walmart, Wish, PayPal Stores)
9. Summons Returned Executed (Alibaba and AliExpress Stores)
10. Preliminary Injunction Order
11. Amended Motion for Entry of Default and Default Judgment
12. Default Judgment Order

Edit

---



**Home**
**Services**
**Team**
**Blog**
**Testimonials**
**Contact**

**Terms of Use**
**Privacy Policy**
**Cookie Policy**

**Zlatkin Cann Entertainment**

4245 N Knox Ave
Chicago, IL 60641
USA

**Phone:** (312) 809-6989
**Email:** info@zce.law

© 2019-2025 Zlatkin Cann Entertainment. All rights reserved.

Zlatkin Cann Entertainment Privacy Policy