# Exhibit 3

**From:**          Zlatkin Wong LLP Enforcement Team
**Sent:**           6/16/2023 6:02:04 PM
**To:**              Zlatkin Wong LLP Enforcement Team
**Bcc:**

garniara@gmail.com;

**Subject:**       Motion for Entry of Default and Default Judgment - NDIL Case No. 22-cv-5187

**Attachments:**          2023-06-16 Combined Amended Motion for Default and Court Instruction -
22cv5187.pdf

Hello,

Attached please find the Motion for Entry of Default and Default Judgment filed in the above-referenced case. As indicated on the first page of the attached document, the Court has provided until June 29, 2023, for defendants who wish to object to the entry of default judgment to enter an appearance and to file a written objection with the Court.

This document, along with other documents pertinent to this case, can be accessed at the following link:

https://zlatkinwong.com/en/ndil-22-cv-5187/

If you are represented by counsel and we have been contacted by counsel on your behalf, your attorney has also been blind-copied on this email.

Best regards,

Enforcement
Zlatkin Wong LLP