# Exhibit 4



**Zlatkin Wong Enforcement Team <enforcement@zlatkinwong.com>**

## Urgent: eBay Account – Case No. 22-cv-05187

**Ara Dermarderosian** <garniara@gmail.com>  Wed, Mar 26, 2025 at 12:19 PM
To: enforcement@zlatkinwong.com

Dear Counsel,

I recently received a notice from eBay stating that my account (garnisells) has been restricted due to a court order in Ouyeinc Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" (Case No. 22-cv-05187), related to the Pro-Wax 100 trademarks.

I would like to better understand the details related to this matter. Could you please provide more information regarding the claims and any possible steps for resolution?

I appreciate your time and look forward to your response.

Sincerely,
Ara Dermarderosian