IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ouyeinc Ltd., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-05187 |
| | ) |
| v. | ) Dist. Judge Jeremy C. Daniel |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

**NOW COMES** Plaintiff Ouyeinc Ltd. ("Plaintiff"), by and through its counsel, and hereby requests leave to file Plaintiff's response brief [Dkt. 110] ("Response") in opposition to Defendant Ara Dermarderosian's ("Defendant") Motion for Sanctions and Motion to Find Case Exceptional [Dkt. 102] ("Combined Motion"), which Response exceeds page limits set forth by local rules. In support of this filing, Plaintiff states as follows:

1. Under Local Rule 7.1, response briefs in opposition to a motion must not exceed 15 pages without leave of court.

2. The body of Plaintiff's Response is under 19 pages long. In addition to these pages, the Response also contains a caption, signature block, table of contents, and table of citations. None of these additional elements count toward the page limit. The inclusion of the table of contents and table of citations comports with Local Rule 7.1.

3. As set forth in this motion, Plaintiff believes that good cause exists for the filing of excess pages.

4. On June 11, 2025, Defendant filed his Combined Motion. The Combined Motion consists of two motions – a motion for sanctions ("Motion for Sanctions") and a motion to find the case exceptional ("Motion to Find Exceptional").

5. Plaintiff's Response is substantially less than the aggregate 30-page limit that would be permissible if the Motion for Sanctions and the Motion to Find Exceptional had been filed separately, with a separate response brief for each.

6. Plaintiff believes in good faith that the Response does not contain any arguments that would not be appropriate for Plaintiff to present in response to Defendant's Combined Motion.

**WHEREFORE**, Plaintiff respectfully requests that Plaintiff be granted leave to file a response brief in excess of 15 pages.

Dated: July 2, 2025

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law
(312) 809-8022

*Counsel for Plaintiff*