**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cv-05187 |
| ) | |
| v. ) | Hon. J. Jeremy C. Daniel |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED IN SCHEDULE "A," ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MICHELLE PADILLA

I, Michelle Padilla, of Castro Valley, California a United States citizen and live in Castro Valley, California.

1. Since about 2007 I have operated a sole-proprietor eBay store under the seller name "itsyours4keeps."

2. My store maintained a 100 percent positive feedback rating based on hundreds of transactions. Whenever a customer raised a concern, I contacted the customer to resolve the issue and request a revision of any negative feedback.

3. I source inventory locally from garage sales, estate sales, and thrift stores; the single wax-warmer referenced in this lawsuit was acquired from a local thrift store and was listed for resale on eBay in the good-faith belief that the first-sale doctrine permitted that resale.

4. My Ebay account noted that sales were fulfilled and shipped from California.

5. I have never imported products from China or any other foreign jurisdiction, never used an overseas fulfillment service, and never participated in any scheme to manufacture or sell counterfeit goods.

6. I did not receive actual notice of this lawsuit when it was filed in September 2022; the first time I learned of the case was in March 2025 when PayPal froze funds in my eBay account and referenced "Ouyeinc Ltd. v. Schedule A Defendants, N.D. Ill. No. 22-cv-05187."

7. After the freeze I spent several weeks searching for counsel experienced in Schedule A trademark cases and represented myself in an attempt to get my account back. I ended up retaining Lockyer Law LLC to file a motion to set aside the default judgment and motion to reconsider as soon as practicable.

8. When the Court set my motion for presentment, I misunderstood the docket entry and believed a personal appearance was unnecessary, so I did not attend.

9. The restraint of my PayPal and eBay proceeds has deprived me of essential income and threatens the continuation of my small business, which has operated for more than ten years without customer complaints of counterfeit goods.

10. This matter has been deeply upsetting and has caused me a great level of stress. I am not sure how much money was taken from my account, and I would like to get my account back as soon as possible.

11. All statements above are based on my personal knowledge, and I would testify consistently with them if called as a witness.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of June 2025, in Castro Valley, California.

_Michelle Padilla (Jun 30, 2025 20:33 PDT)_
Michelle Padilla

# Decl. of Padilla

Final Audit Report 2025-07-01

| | |
|---|---|
| Created: | 2025-07-01 |
| By: | Benjamin Lockyer (ben@lockyerlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9cdNde2O42z760GUMTfOEDn_4Tvm6Y-z |

## "Decl. of Padilla" History

- Document created by Benjamin Lockyer (ben@lockyerlaw.com)
  2025-07-01 - 2:17:50 AM GMT

- Document emailed to mtpadilla92@gmail.com for signature
  2025-07-01 - 2:17:54 AM GMT

- Email viewed by mtpadilla92@gmail.com
  2025-07-01 - 3:13:37 AM GMT

- Signer mtpadilla92@gmail.com entered name at signing as Michelle Padilla
  2025-07-01 - 3:33:38 AM GMT

- Document e-signed by Michelle Padilla (mtpadilla92@gmail.com)
  Signature Date: 2025-07-01 - 3:33:40 AM GMT - Time Source: server

- Agreement completed.
  2025-07-01 - 3:33:40 AM GMT

**Adobe Acrobat Sign**