**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., | ) |
|       Plaintiff, | ) Case No. 22-cv-05187 |
| v. | ) Hon. J. Jeremy C. Daniel |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," | ) |
|       Defendants. | ) |

## NOTICE OF MOTION

**To:** All Counsel of Record, via ECF Filing

**PLEASE TAKE NOTICE** that on **July 10, 2025 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jeremy C. Daniel, or whomever shall be sitting in his stead, in Room **1478** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the foregoing **Defendant Michelle Padilla's Motion to Reconsider**, a copy of which is served upon you.

Respectfully Submitted,

*/s/ Benjamin C.R. Lockyer*
Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com
(773) 340-0011
ben@lockyerlaw.com