# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

OUYEINC LTD.

                                                Plaintiff,

v.

                                                Case No.: 1:22−cv−05187

                                                Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Telephone motion hearing. Defendant's motions to vacate [101] and for sanctions [102] are entered and briefed as follows: responses are due on or before 7/2/2025; any replies are due by 7/16/2025. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.