**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OUYEINC LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-05187 |
| | ) | |
| v. | ) | Hon. J. Jeremy C. Daniel |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR**
**LEAVE TO FILE COMBINED REPLY BRIEF INSTANTER**

Defendant Arra Demarderosian, by and through undersigned counsel, respectfully moves for leave to file instanter the "Combined Reply in Support of Defendants Motion to Set Aside Default and Motion for Sanctions and to Find Case Exceptional" submitted contemporaneously with this motion. In support, Defendant states as follows:

    1. Under the Court's scheduling order (ECF No. [115]), Defendant's reply brief was due no later than 11:59 p.m. (CT) on July 16, 2025.

    2. Counsel diligently prepared the reply. During final revisions on the evening of July 16, counsel determined that consolidating two separate replies into a single, streamlined brief would conserve judicial resources and avoid duplicative argument.

    3. The additional time needed to merge the drafts, ensure consistent citations, and delete redundant arguments caused the brief to be finalized approximately forty-five (45) minutes past the deadline—at about 12:45 a.m. on July 17, 2025.

4. Defendant is filing this motion and the attached Combined Reply less than one hour after the original deadline. No party will suffer prejudice from this brief delay, and consideration of a single consolidated reply will aid the Court.

5. This request is made in good faith, for the reasons stated above, and not for the purpose of delay.

**WHEREFORE**, Defendant respectfully requests that the Court grant leave to file the Combined Reply instanter and deem the brief filed as of the date of this motion, and award such other relief as the Court deems just.

Respectfully submitted,

/s/ Benjamin C.R. Lockyer
Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, IL 60638
(773) 340-0011
ben@lockyerlaw.com

*Counsel for Defendant*
*No. 98 Garnisells (Ara Dermarderosian)*