**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OUYEINC LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-05187 |
| | ) | |
| v. | ) | Hon. J. Jeremy C. Daniel |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**To:** All Counsel of Record, via ECF Filing

**PLEASE TAKE NOTICE** that on **July 29, 2025 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jeremy C. Daniel, or whomever shall be sitting in his stead, in Room **1478** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the foregoing **Motion to File Instanter Defendant Ara Demarderosian's Combined Reply in Support of Motion for Sanctions and in Support of Setting Aside**, a copy of which is served upon you.

Respectfully Submitted,

*/s/ Benjamin C.R. Lockyer*
Benjamin C.R. Lockyer
Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com
(773) 340-0011
ben@lockyerlaw.com