UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ouyeinc Ltd., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-05187 |
| | ) |
| v. | ) |
| | ) |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |
| | ) |

### Declaration of Rongji Ge

I, Rongji Ge, of the City of Brighton, Colorado, declare as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the manager of Ouyeinc Ltd. I am knowledgeable of or have access to business records concerning all information referenced herein, including, but not limited to, trademarks, copyrights, other intellectual property, sales, on-line sales, advertising, marketing, and media coverage. I make this declaration from matters within my own knowledge unless otherwise stated.

3. As part of the pre-filing investigation, I personally identified and collected the infringing links and provided them to my counsel. The evidence, including screenshots of listings using my trademarks without authorization, was gathered by me across different marketplace platforms including eBay, Amazon, Walmart, and Joom.

4. During the review of eBay listings, I confirmed that the stores "itsyours4keeps" and "garnisells" are neither owned by me nor authorized distributors.

1

5. Unlike Amazon, online storefronts on eBay typically provide limited actual address information—most often listed simply as "United States." The two stores were no exception, and their claims of being U.S.-based did not appear credible to me. No actual address was provided on their storefronts or in their product listings.

6. Google searches for "itsyours4keeps" and "garnisells" did not yield any results linking the names to a real person or legal entity, nor did they reveal any street addresses beyond general city locations in California. Additional searches in the USPTO's online database also returned no records for either name—records which, if they existed, would have included the citizenship and full addresses of the trademark owners.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this July 28, 2025 at Brighton, Colorado.

*Rongji Ge*
Rongji Ge

2