IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Ouyeinc Ltd., <br> Plaintiff, <br> v. <br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br> Defendants. | Case No. 1:22-cv-05187 <br><br> Judge Jeremy C. Daniel |

### Declaration of Ilya G. Zlatkin

I, Ilya G. Zlatkin, of the County of Lake, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am an attorney for Plaintiff Ouyeinc Ltd. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following.

2. A true and correct copy of the archived version (as captured by the Internet Archive's Wayback Machine available at Archive.org) of the eBay User Agreement effective at the time evidence concerning Defendants "itsyours4keeps" and "garnisells" was collected (*i.e.*, January 14, 2021) is attached hereto as Exhibit 1.

3. I received an archive of screenshots of product listings and e-commerce storefront pages for each of the defendants in the case which had been collected by Plaintiff and reviewed by Plaintiff's other counsel. The screenshots were reviewed (including by me) for artifacts of any locatable U.S. addresses, and none of the defendants in this case had storefronts which clearly demonstrated that it was at a specific domestic physical address.

4. After eBay reinstated the "itsyours4keeps" and "garnisells" storefronts, I captured screenshots of the online storefronts' "About" pages. True and correct copies of such screenshots, taken on July 28, 2025, are attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 28, 2025

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law
(312) 809-8022

*Counsel for Plaintiff*