Maireny Montilla

18705 NW 42nd Pl

Miami Gardens, FL 33055

Tel: (786) 319-8333

Email: gladystrinidad22@gmail.com

**FILED**

AUG 25 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 6, 2025

Clerk of Court

U.S. District Court

Northern District of Illinois

219 South Dearborn Street

Chicago, IL 60604

Re: Case No. 22-cv-5187 – Ouyeinc Ltd

I respectfully write to you regarding the case Ouyeinc Ltd. v. Clothesforangels, case number 22-cv-5187

My name is Maireny Montilla, and for a period of time, I sold second-hand clothing on the eBay platform under the username "clothesforangels". I was not a registered business or company, just a mother trying to earn some income by selling used tops. I never intended to break any law or cause harm to anyone.

Unfortunately, I was not aware of the legal proceedings against me because I never received any written correspondence at my home address, and at the time, I did not check my email frequently. I only became aware of the situation when my eBay account was suspended in February of this year. Around that time, eBay also transferred approximately $1,500 from my account to the attorneys representing the plaintiff.

After this happened, I contacted the attorneys involved and explained my situation: that I am not a company, that I am a mother of two daughters (one is 11 months old and the other is 12 years old), that I am currently unemployed, and that I have had to rely on public assistance to feed my children and meet their basic needs. I also have outstanding debts due to my financial hardship.

I sincerely apologize if my actions caused any issues or misunderstandings. I never acted with bad intentions. I was simply trying to find an honest way to support my family.

Thank you in advance for your understanding and any consideration you may give to my situation.

Respectfully,

*Maireny A. Montilla*
Maireny Montilla

Maireny Montilla

18705 NW 42 Pl

Miami Gardens, FL 33055

RECEIVED

AUG 25 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Retail



60604

RDC 99

U.S. POSTAGE PAID
FCM LETTER
HIALEAH, FL 33015
AUG 07, 2025

$10.48

S2324K500836-19



9589 0710 5270 1123 6900 69

Clerk of Court

U.S. District Court

Northern District of Illinois

219 South Dearborn Street

Chicago, IL 60604