IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ouyeinc Ltd., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | Case No. 1:22-cv-05187 <br><br> Dist. Judge Jeremy C. Daniel |

## Satisfaction of Judgment

**WHEREAS**, a judgment was entered in the above action on January 3, 2024 [Dkt. 90], in favor of Plaintiff and against certain Defendants identified in Schedule A thereto. Plaintiff acknowledges payment of an agreed-upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same solely as to the following Defendant(s):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 72 | bargain-88 |

**THEREFORE**, full and complete satisfaction of said judgment as to the above-identified Defendant(s) is hereby acknowledged, and the Clerk of the Court is hereby authorized and requested to make an entry of such full and complete satisfaction on the docket of said judgment. This filing does not in any way release any Defendant(s) who are not explicitly identified above.

Dated this September 18, 2025

        <u>/s/ Ilya G. Zlatkin</u>
        Ilya G. Zlatkin
        ZLATKIN CANN ENTERTAINMENT
        4245 North Knox Avenue
        Chicago, Illinois 60641
        ilya@zce.law
        (312) 809-8022

        *Counsel for Plaintiff*