IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 1:22-cv-05187 <br><br> Judge Jeremy C. Daniel |

**NOTICE IN RESPONSE TO THE COURT'S MINUTE ENTRY NO. 130**

Former Defendants Joybuy (No. 186) and Joybuy Express (No. 187) (collectively, the "Joybuy Marketplace Platform") submit this Notice in response to the Court's Minute Entry No. 130, which requests that "[a]ny party to this action . . . justify the continued need to seal any documents in this case." (Dkt. No. 130.) Specifically, the Joybuy Marketplace Platform requests that the Court maintain the confidentiality of Exhibits D and R (Dkt. Nos. 55–56), which the Joybuy Marketplace Platform filed under seal on April 10, 2024 in support of its Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) (Dkt. No. 53) and in support of its Opposition to Plaintiff Ouyeinc Ltd.'s Motion for Entry of a Preliminary Injunction (Dkt. No. 54). As stated in the Joybuy Marketplace Platform's Unopposed Motion for Leave to File Under Seal (Dkt. No. 57), Exhibits D and R contain confidential commercial/financial information, and the Court had sealed both exhibits. (Dkt. No. 58.) Therefore, good cause exists to maintain the exhibits under seal.

The Joybuy Marketplace Platform further notes that the Court dismissed the Joybuy Marketplace Platform from the case on December 12, 2023. (Dkt. No. 87.)

1

Date: September 24, 2025

/s/ Nicole E. Kopinski
David M. Airan
Nicole E. Kopinski
Wallace H. Feng
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
dairan@leydig.com
nkopinski@leydig.com
wfeng@leydig.com

*Attorneys for Former Defendants,*
*Joybuy and Joybuy Express*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to counsel of record.

*/s/ Wallace H. Feng*
Wallace H. Feng
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
wfeng@leydig.com
