**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

OUYEINC LTD.

Plaintiff,

v.

Case No.:
1:22−cv−05187

Honorable Jeremy
C. Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: On or before October 16, 2025, the parties shall file any evidence, including declarations or affidavits, they have concerning whether defendants Ara Dermarderosian (garnisells), Maireny Montilla (clothesforangels), or Michelle Padilla (Itsyours4keeps) shipped any of the accused products to Illinois. The Court will hold an evidentiary hearing concerning personal jurisdiction October 22, 2025, at 9:45 a.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.