**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OUYEINC LTD. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-05187 |
| | ) | |
| v. | ) | Hon. J. Jeremy C. Daniel |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MICHELLE PADILLA

I, Michelle Padilla, declare under penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. I submit this declaration in response to this Court's October 8, 2025 Order asking for a declaration and evidence of sales of the accused product, a "Pro-Wax Warmer" ("Accused Product") to the state of Illinois.

2. As declared previously, I am a United States citizen and I reside and operate my online business from the State of Calfornia. I am located in Castro Valley, California where I operate my online retail business from. I am not affiliated with any foreign business or organization, nor do I maintain foreign bank accounts.

3. I operate an eBay storefront under the name "Itsyours4keeps." I am the sole individual responsible for managing the store and fulfilling all orders.

4. Pursuant to this Court's order, I have reviewed my sales for the years of 2020, 2021, and 2022 by downloading excel spreadsheets from Ebay. After reviewing these orders, I note

    that our Ebay account does not show any sale of the Accused Product to anyone located in Illinois or anyone at all.

5. As noted before, the item that was the subject of this lawsuit was legally acquired by purchasing the item from my local thrift store. I am still in the process of looking for proof of my purchase, and ask for the ability to supplement my declaration should I find it.

6. Since losing my account, I have suffered substantial losses in sales. In 2024, my eBay store *Itsyours4keeps* generated total sales of $48,518.66. By comparison, for 2025 I have earned only $7,286.03 through mid-October. The drop in sales corresponds to the restraint placed on my account from approximately April 2025 through August 2025, which prevented me from listing new items or completing transactions for several months. Based on my prior-year monthly average of roughly $4,000 in sales, I estimate that I lost between $16,000 and $20,000 in revenue during the months my account was frozen and inaccessible. These lost revenues represent real business income that I would have earned in the ordinary course of operating my eBay store.

7. Per the Courts instruction, I am providing excel spreadsheets received from Ebay of my sales records for ItsYours4Keeps on a USB stick.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 16, 2025, in Castro Valley, California.

                                                *Michelle Padilla*
                                                Michelle Padilla (Oct 16, 2025 11:12:27 PDT)

                                                Michelle Padilla

# Padilla Decl. 10.16

Final Audit Report								2025-10-16

| | |
|---|---|
| Created: | 2025-10-16 |
| By: | Benjamin Lockyer (ben@lockyerlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_UoAsbT8VwCSgidxJ48o31eIA1_4gPyP |

## "Padilla Decl. 10.16" History

- Document created by Benjamin Lockyer (ben@lockyerlaw.com)
  2025-10-16 - 6:01:15 PM GMT

- Document emailed to Michelle Padilla (mtpadilla92@gmail.com) for signature
  2025-10-16 - 6:01:31 PM GMT

- Email viewed by Michelle Padilla (mtpadilla92@gmail.com)
  2025-10-16 - 6:09:18 PM GMT

- Document e-signed by Michelle Padilla (mtpadilla92@gmail.com)
  Signature Date: 2025-10-16 - 6:12:27 PM GMT - Time Source: server

- Agreement completed.
  2025-10-16 - 6:12:27 PM GMT

Adobe Acrobat Sign