**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PARTNERSHIPS AND ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED IN SCHEDULE "A," ) <br> ) <br> Defendants. ) | Case No. 22-cv-05187 <br><br> Hon. J. Jeremy C. Daniel |

## DECLARATION OF ARA DERMADEROSIAN

I, Ara Dermarderosian, declare under penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. I submit this declaration in response to this Court's October 8, 2025 Order asking for a declaration and evidence of sales of the accused product, a "Pro-Wax Warmer" ("Accused Product") to the state of Illinois.

2. As declared previously, I am a United States citizen and I reside and operate my online business from the State of Calfornia. I am located in San Fernando, California and my business partner is located in Burbank, California. I am not affiliated with any foreign business or organization, nor do I maintain foreign bank accounts.

3. I operate an eBay storefront under the name "Garnisells." I am the sole individual responsible for managing the store and fulfilling all orders.

4. Pursuant to this Court's order, I have reviewed my sales for the years of 2020, 2021, and 2022 by downloading excel spreadsheets from Ebay. After reviewing these orders, I note that our Ebay account does not show any sale of the Accused Product to anyone located in

Illinois or to anyone at all. Our records indicate that the product was never sold and we have located the Accused Product.

5. As noted before, the item that was the subject of this lawsuit was legally acquired through a domestic auction based in the United States on April 25, 2020 from the General Auction Company in Buena Park, California by my business partner. I have never knowingly sold counterfeit goods, and I believe the item in question was genuine and lawfully resold under the First Sale Doctrine.

6. In addition to the $1,758.27 that was taken from me by the Plaintiff, I have suffered substantial losses in sales:

    A. In 2022, I earned a net profit of $80,317.21;

    B. In 2023, I earned a net profit of $40,066.96;

    C. In 2024, I earned a net profit of $50,141.52.

7. Pursuant to this Court's order, I am providing screenshots and excel spreadsheets received from Ebay of my sales records on a USB drive to be delivered to the Court. Based on my sales in 2023 and 2024, I estimate that I have lost at least $20,000 to $35,000 in lost profits from the Plaintiff's wrongful restraint of my Ebay Account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this  16  day of  October , 2025, in San Fernando, California.

*Ara Demarderosian*
Ara Demarderosian (Oct 16, 2025 10:06:49 PDT)

Ara Dermaderosian

# Dermaderosian Affidavit 25.10.14 v2

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　　2025-10-16

| | |
|---|---|
| Created: | 2025-10-16 |
| By: | Benjamin Lockyer (ben@lockyerlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-tm0RHpbq9B8ICTiJ3PY22cisr8fNrCC |

## "Dermaderosian Affidavit 25.10.14 v2" History

- Document created by Benjamin Lockyer (ben@lockyerlaw.com)
  2025-10-16 - 3:40:20 PM GMT

- Document emailed to Ara Demarderosian (garniara@gmail.com) for signature
  2025-10-16 - 3:40:23 PM GMT

- Email viewed by Ara Demarderosian (garniara@gmail.com)
  2025-10-16 - 5:01:56 PM GMT

- Document e-signed by Ara Demarderosian (garniara@gmail.com)
  Signature Date: 2025-10-16 - 5:06:49 PM GMT - Time Source: server

- Agreement completed.
  2025-10-16 - 5:06:49 PM GMT