**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ouyeinc Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-05187 |
| | ) | |
| v. | ) | Dist. Judge Jeremy C. Daniel |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

**Declaration of Ilya G. Zlatkin**

I, Ilya G. Zlatkin, of the County of Lake, in the State of Indiana, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am the attorney of record for Plaintiff Ouyeinc, Ltd. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2.  On or around November 8, 2022, I received information from eBay as to the sales and listing history ("Sales and Listing History") of defendants identified in Schedule A to the complaint as merchants who sold or offered for sale units of the accused products ("Units") through eBay's marketplace platform. Such defendants included garnisells, clothesforangels, and itsyours4keeps.

3.  According to the Sales and Listing History, garnisells had a total of 12 Units available. Defendant garnisells sold and shipped one Unit to Oroville, California on or around May 12, 2020, and a second Unit to Miami, Florida on or around May 26, 2020. The Sales and Listing History also indicates that Units were sought to be purchased by parties in London, Ontario, Canada (on or

around June 13, 2020) and Noble Park, Victoria, Australia (on or around August 30, 2020), but it appears that such international orders were not fulfilled. (More specifically, the Sales and Listing History shows Units as having been sold to the international purchasers, but no revenue appears to have been generated from such sales.) The Sales and Listing History does not contain any indication that garnisells shipped any Units to Illinois.

4. According to the Sales and Listing History, clothesforangels had one Unit available. Defendant clothesforangels sold and shipped one Unit to Dry Run, Pennsylvania on or around January 22, 2021. The Sales and Listing History does not contain any indication that clothesforangels shipped any Units to Illinois.

5. According to the Sales and Listing History, itsyours4keeps offered one Unit for sale but the Sales and Listing History does not indicate the location(s) where any Units were sold or shipped (if at all). The Sales and Listing History does not contain any indication that itsyours4keeps shipped any Units to Illinois.

6. Other than the Sales and Listing History, Plaintiff does not possess any information as to whether any additional sales/shipments (of Units or any other products) occurred by Defendants garnisells, clothesforangels, and itsyours4keeps.

7. The Sales and Listing History was produced by eBay in response to the Temporary Restraining Order issued in this case. None of the three defendants discussed in this Declaration ever disclosed any information regarding the jurisdictions where they shipped Units prior to the Court's minute entry requiring such disclosures. [Dkt. 132].

8. All three defendants made the advertisements for the Units visible in Illinois and offered to sell and ship the Units into Illinois. [*See* Dkt. 10-6 at 38 (garnisells offering a Unit for sale and shipment into Chicago, Illinois); Dkt. 10-5 at 180 (clothesforangels offering a Unit for sale and

shipment into Chicago, Illinois); Dkt. 10-6 at 112 (itsyours4keeps offering a Unit for sale and shipment into Chicago, Illinois)].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 16, 2025

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Phone: (312) 809-8022

*Attorney for Plaintiff*