# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

OUYEINC LTD.

                    Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                    Defendant.

Case No.: 1:22−cv−05187

Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

        MINUTE entry before the Honorable Jeremy C. Daniel: Hearing on personal jurisdiction held. Defendant garnisells' motion to vacate default judgment and preliminary injunction [101] is granted. Defendants garnisells' motion for sanctions under Rule 11 and to find this case exceptional [102] is denied. Defendant itsyours4keeps' motion for reconsideration [113] is granted. The Court finds that the judgment is void under Fed. R. Civ. P. 60(b)(4) and relieves defendants garnisells, itsyours4keeps, and clothesforangels from final judgment and from all other orders entered in this case. The plaintiff shall return all money recovered from garnisells, itsyours4keeps, and clothesforangels, notify any third−parties who received notice of the Court's prior orders that this Court has vacated those orders as to these defendants, and shall facilitate the return of the defendants' webstores to the defendants. The deadline to comply with this order is November 7, 2025. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.